1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8
9    Alfredo Lerma,                          No. CV-24-01148-PHX-DLR

10                  Petitioner,              **ORDER**

11   v.

12   Ryan Thornell, et al.,

13                  Respondents.

14

15          Before the Court is Petitioner Alfredo Lerma's amended Petition under 28 U.S.C. §

16   2254 for a Writ of Habeas Corpus (Doc. 7) and United States Magistrate Judge Eileen S.

17   Willett's Report and Recommendation ("R&R") (Doc. 21).  The R&R recommends that

18   the Court deny and dismiss the amended petition with prejudice.  The Magistrate Judge

19   advised the parties that they had fourteen days to file objections to the R&R and that failure

20   to file timely objections could be considered a waiver of the right to obtain review of the

21   R&R.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Neither

22   party filed objections, which relieves the Court of its obligation to review the R&R.  *See*

23   *Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section

24   636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of

25   an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any

26   part of the magistrate judge's disposition that has been properly objected to.").  The Court

27   has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will accept

28   the R&R in its entirety.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may

accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 21) is **ACCEPTED**.

**IT IS FURTHER ORDERED** Petitioner's amended petition (Doc. 7) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because dismissal of the Amended Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and terminate this case.

Dated this 18th day of April, 2025.

Douglas L. Rayes
Senior United States District Judge

- 2 -